UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN PARKINSON, SALVATORE PROVENZANO, ROLAND QUINO, and HEATHER LAMB, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-20462-SDW-CLW<br><br>Hon. Susan D. Wigenton |

## NOTICE OF SETTLEMENT

Plaintiffs Sean Parkinson, Salvatore Provenzano, Roland Quino, and Heather Lamb ("Plaintiffs") and Defendant BMW of North America, LLC ("BMW NA") (together the "Parties") have reached an agreement for settlement of the case. They are finalizing the necessary paperwork and anticipate completing the process very shortly. The Parties respectfully request that the Court stay this case and continue the status conference currently schedule for November 5, 2025, for ninety days, to give the Parties time to finalize the Settlement and procure the necessary signatures. The Parties anticipate filing a joint stipulation of dismissal prior to that continued status conference.

1

Dated: October 31, 2025

| | |
|---|---|
| */s/ Bradley K King* | */s/ Eric Y. Kizirian* |
| Bradley K. King (NJ Bar No. 081472013) | Eric Y. Kizirian |
| **AHDOOT & WOLFSON, PC** | (admitted *pro hac vice*) |
| 521 5th Avenue, 17th Floor | Zourik Zarifian |
| New York, New York 10175 | (admitted *pro hac vice*) |
| Tel: (917) 336-0171 | **LEWIS BRISBOIS BISGAARD** |
| Fax: (917) 336-0177 | **& SMITH LLP** |
| | 633 W. 5th Street, Suite 4000 |
| Christopher E. Stiner | Los Angeles, California 90071 |
| (admitted *pro hac vice*) | Telephone: (213) 580-3981 |
| **AHDOOT & WOLFSON, PC** | |
| 2600 W. Olive Avenue, Suite 500 | *Attorneys for Defendant* |
| Burbank, California 91505 | |
| Telephone: (310) 474-9111 | |
| Facsimile: (310) 474-8585 | |

*Attorneys for Plaintiffs*

## ATTESTATION OF FILER

I hereby attest that all signatories above have reviewed and concur with the filing of this document.

Dated: October 31, 2025     */s/ Bradley K. King*
                                         Bradley K. King

2

## **CERTIFICATE OF SERVICE**

I, Bradley K. King, hereby certify that on October 31, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

                                           */s/ Bradley K. King*
                                           Bradley K. King