UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN PARKINSON, SALVATORE PROVENZANO, ROLAND QUINO, and HEATHER LAMB, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-20462-SDW-CLW<br><br>Civil Action |

**STIPULATION AND ORDER OF VOLUNTARY
<u>DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Sean Parkinson, Salvatore Provenzano, Roland Quino, Brendan Riley, and Heather Lamb ("Plaintiffs") and Defendant BMW of North America, LLC hereby stipulate to the dismissal of this action, with prejudice and without prejudice to the claims of the putative class, with each party to bear its own costs and attorneys' fees.

<u>*/s/ Bradley K. King*</u>
Christopher E. Stiner
(admitted *pro hac vice*)
Bradley K. King

<u>*/s/ Brian Deeney*</u>
Eric Y. Kizirian
(admitted *pro hac vice*)
Brian Deeney

| | |
|---|---|
| **AHDOOT & WOLFSON, PC** <br> 2600 W. Olive Avenue, Suite 500 <br> Burbank, California 91505 <br> Tel: (310) 474-9111 <br> Fax: (310) 474-8585 <br><br> *Attorneys for Plaintiffs* <br><br> Dated: January 16, 2026 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** <br> One Riverfront Plaza, Suite 800 <br> Newark, New Jersey 07102 <br> Tel: (973) 577-6260 <br><br> *Attorneys for Defendant* <br><br> Dated: January 16, 2026 |

## ATTESTATION OF FILER

I hereby attest that all signatories above have reviewed and concur with the filing of this document.

Dated: January 16, 2026              */s/ Bradley K. King*
                                                           Bradley K. King

---

**SO ORDERED.**

s/ *Susan D. Wigenton*
**HON. SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**
Dated:  January 21, 2026